# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134328(64)

KENNETH SCIOTTI,
                Plaintiff-Appellee,

v

36th DISTRICT COURT,
                Defendant-Appellant,
and

CITY OF DETROIT,
                Defendant.
_____

SC: 134328
COA: 266160
Wayne CC: 03-327602-CD

      On order of the Chief Justice, the motion by Michigan Association for Justice for extension of the time for filing its brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2008

Clerk